| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Cook, Deborah L | 2. Court or Organization<br><br>U.S.Court of Appeals, 6th Cir. | 3. Date of Report<br><br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>433 U.S. Courthouse<br>2 South Main Street<br>Akron, OH 44308 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Collegescholars, Inc. |
| 2. | |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | I am eligible for State of Ohio retirement benefits |

RECEIVED 2004 MAY 17 A 10:28 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | State of Ohio Judicial Salary | $70,000 |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Roderick Linton - partnership distributions |
| 2. | 2003 | Roderick Linton - equitable assurance annuity |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Sixth Circuit Court of Appeals | Circuit judicial conference in Hilton Head, SC, from 10/9/03 to 10/12/03 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. National City Bank | Line of credit | N |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AIG common | B | Dividend | N | T | Exempt | | | | |
| 2. CTSH common | B | Dividend | K | T | Exempt | | | | |
| 3. Dell common | B | Dividend | L | T | Exempt | | | | |
| 4. POGSX - Pin Oak Fund | B | Dividend | L | T | Exempt | | | | |
| 5. SCH common | B | Dividend | N | T | Exempt | | | | |
| 6. Cardinal Health common | B | Dividend | N | T | Exempt | | | | |
| 7. CSCO common | B | Dividend | P1 | T | Exempt | | | | |
| 8. EMC common | B | Dividend | M | T | Exempt | | | | |
| 9. Intersil common | B | Dividend | M | T | Exempt | | | | |
| 10. LLTC common | B | Dividend | M | T | Exempt | | | | |
| 11. MXIM common | B | Dividend | K | T | Exempt | | | | |
| 12. MDT common | B | Dividend | N | T | Exempt | | | | |
| 13. MSFT common | B | Dividend | L | T | Exempt | | | | |
| 14. Morgan Stanley common | B | Dividend | L | T | Exempt | | | | |
| 15. Pfizer common | B | Dividend | M | T | Exempt | | | | |
| 16. PMC-Sierra common | B | Dividend | K | T | Exempt | | | | |
| 17. Veritas common | B | Dividend | N | T | Exempt | | | | |
| 18. Real estate partnership held by Keogh account | E | Distribution | M | W | Exempt | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
(See Columns B1 and D4)        F = $50,001-$100,000        G = $100,001-$1,000,000        H1 = $1,000,001-$5,000,000        H2 = More than $5,000,000

2. Value Codes:        J = $15,000 or less        K = $15,001-$50,000        = $50,001-$100,000        M = $100,001-$250,000
(See Columns C1 and D3)        N = $250,000-$500,000        O = $500,001-$1,000,000        P1 = $1,000,001-$5,000,000        P2 = $5,000,001-$25,000,000
        P3 = $25,000,001-$50,000,000        P4 = $More than $50,000,000

3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash/Market
(See Column C2)        U = Book Value        V = Other        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Industrial building paying rent | G | Distribution | M | T | Exempt | | | | |
| 20. Summit County Medical Services Bureau | B | Dividend | K | U | Exempt | | | | |
| 21. McDonald & Co. money market | B | Interest | K | T | Exempt | | | | |
| 22. National City Bank | A | Interest | J | T | Exempt | | | | |
| 23. Pin Oak Fund | | None | L | T | Exempt | | | | |
| 24. MBNA | B | Dividend | M | T | Exempt | | | | |
| 25. XLNX | B | Dividend | M | T | Exempt | | | | |
| 26. Red Oak Fund | | None | L | T | Exempt | | | | |
| 27. White Oak Fund | | None | L | T | Exempt | | | | |
| 28. AMAT common | B | Dividend | M | T | Exempt | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part I - Collegescholars, Inc. is a charitable trust. The trust assets are held to fund college tuitions for the youngsters in our mentored scholarship program.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____          Date __5/10/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544